OPINION — AG — A FORMER PARTICIPATING EMPLOYEE IS ENTITLED TO BE PAID AN AMOUNT EQUAL TO HIS ACCUMULATED CONTRIBUTIONS TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM 120 DAYS AFTER THE TERMINATION OF HIS EMPLOYMENT WITH A PARTICIPATING EMPLOYER IF HE DOES NOT BECOME EMPLOYED BY THE SAME OR ANOTHER PARTICIPATING EMPLOYER WITHIN THE 120 DAY PERIOD. ICTE: 74 O.S. 1967 Supp., 917 [74-917](1) (PENN LERBLANCE)